UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLIE L. TRIPLETT,

    Plaintiff,

v.	CASE NO: 8:06-cv-1721-T-23TGW

CITY OF TARPON SPRINGS,

    Defendant.
_____/

## **ORDER**

On February 11, 2008, the Magistrate Judge issued a report and recommendation (Doc. 52) recommending (a) that the plaintiff's amended complaint be dismissed with leave to file an amended complaint that complies with Rules 8(a) and 10(b), Federal Rules of Civil Procedure, and (b) that following the defendant's answer, the court set new dates in the very near future for dispositive motions, pre-trial conference, and trial. Additionally, the report states that the plaintiff requests permission to file an amended complaint and the defendant has no objection. Accordingly, the Magistrate Judge's report and recommendation (Doc. 52) is **ADOPTED** and the amended complaint (Doc. 17) is **DISMISSED WITHOUT PREJUDICE**. On or before **March 6, 2008**, the plaintiff shall file a second amended complaint that complies with Rules 8(a) and 10(b), Federal Rules of Civil Procedure, and that specifies, in accordance with Rule 10, each particular claim, the date of the alleged adverse employment action, and the decision

- 2 -

maker with respect to each adverse employment action.  Dates for dispositive motions, pre-trial conference, and trial will be re-set following the defendant's answer.  The motion for summary judgment (Doc. 39), motion for leave to file excess pages (Doc. 47), and motion for extension of time to respond (Doc. 48) are **DENIED as MOOT**.

ORDERED in Tampa, Florida, on February 25, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE